IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAKEEM JEFFERSON | : | CIVIL ACTION NO. 1:14-cv-910 |
| | : | |
| Plaintiff | : | (Judge Kane) |
| | : | (Magistrate Judge Saporito) |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner of | : | |
| Social Security | : | |
| | : | |
| Defendant | : | |

## O R D E R

Before the Court in the above captioned action is a April 10, 2015 Report and Recommendation of the Magistrate Judge. The Defendant waived the opportunity to file objections. **ACCORDINGLY**, this 27th day of April 2015, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation (Doc. No. 17) of Magistrate Judge Saporito.

2) The Commissioner's final decision denying Plaintiff's application for benefits under Title XVI of the Social Security Act is **VACATED** and the case is **REMANDED** to the Commissioner of Social Security for a new administrative hearing.

3) The Clerk of Court shall **CLOSE** the case.

s/ Yvette Kane
YVETTE KANE, District Judge
United States District Court
